FILE COPY

RE: Case No. 25-0190                    DATE: 3/4/2025
COA #: 15-24-00026-CV                    TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.


SAMUEL   SAN MIGUEL
TEXAS CIVIL COMMITMENT CENTER
2600 S. SUNSET AVE.
LITTLEFIELD, TX  79339

FILE COPY

RE: Case No. 25-0190                              DATE: 3/4/2025
    COA #: 15-24-00026-CV                         TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

LUCY  PRUITT
LAW ENFORCEMENT DEFENSE DIVISION
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548, CAPITOL STATION
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0190                    DATE: 3/4/2025
COA #: 15-24-00026-CV                    TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

CHRISTOPHER   PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX   78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0190                          DATE: 3/4/2025
COA #: 15-24-00026-CV                    TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. AMBER ROCHELLE PICKETT
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
2100 ROSS AVE.
STE. 2000
DALLAS, TX  75202
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0190     DATE: 3/4/2025
  COA #: 15-24-00026-CV    TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

  Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

        DISTRICT CLERK  LAMB COUNTY
        LAMB COUNTY COURTHOUSE
        100 6TH ST., ROOM 212
        LITTLEFIELD, TX  79339-3366
        * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0190                         DATE: 3/4/2025
COA #: 15-24-00026-CV                    TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. NICHOL L. BUNN
LEWIS BRISBOIS BISGAARD & SMITH
2100 ROSS AVE., STE. 2000
DALLAS, TX  75201
* DELIVERED VIA E-MAIL *